```
GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY
R. J. Hughes Justice Complex
P.O. Box 116
Trenton, New Jersey 08625
Attorney for Defendants,
  Hon. Hany A. Mawla, J.A.D., Hon. Lisa
  Rose, J.A.D., Hon. Douglas M. Fasciale, J.A.D.,
   Hon. Kimaire Rahill, P.J.Fam., Hon. Kevin M.
   Shanahan, P.J.Cr., Hon. Bradford Bury, J.S.C.,
   Hon. Kathy Qasim, J.S.C., Hon. Michael J.
   Rogers, J.S.C., Cederic Howard, Nicole Barracano,
   and Acting A.P. Karyn R. Weingarten

By:  Ashley L. Costello
     Deputy Attorney General
     Attorney ID: 107192015
     (609) 376-2743
     Ashley.Costello@law.njoag.gov
```

| STEPHANIE J. MESSNER,<br><br>    Plaintiff,<br><br>v.<br><br>KARYN R. WEINGARTEN, *in her official capacity of Union County Assistant Union County Prosecutor*, et al.,<br><br>    Defendants. | **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY VICINAGE OF TRENTON**<br><br>Hon. Freda L. Wolfson, U.S.D.J.<br><br>Hon. Lois H. Goodman, U.S.M.J.<br><br>CIVIL ACTION NO. 3:19-cv-15752<br><br>**NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 12(b)(1) AND 12(b)(6) ON BEHALF OF STATE DEFENDANTS**<br><br>**(ELECTRONICALLY FILED)** |
|---|---|

```
TO:  United States District Court
     District of New Jersey – Trenton Vicinage
     Clarkson S. Fisher Building
     & U.S. Courthouse
     402 East State Street
     Trenton, NJ 08608

     Stephanie J. Messner
     447 4th Avenue
     Garwood, NJ 07027
```

-1-

PLEASE TAKE NOTICE that on Monday, January 6, 2020, or as soon thereafter as counsel may be heard, the undersigned, Gurbir S. Grewal, Attorney General of New Jersey, by Ashley L. Costello, Deputy Attorney General, on behalf of Defendants Hon. Douglas M. Fasciale, J.A.D., Hon Hany A. Mawla, J.A.D., Hon. Lisa Rose, J.A.D., Hon. Kimaire Rahill, P.J.Fam., Hon. Kevin M. Shanahan, P.J.Cr., Hon. Bradford Bury, J.S.C., Hon. Kathy Qasim, J.S.C., Hon. Michael J. Rogers, J.S.C., Cederic Howard, Nicole Barracano, and A.P. Karyn R. Weingarten, ("State Defendants"), shall move before the Honorable Freda L. Wolfson, U.S.D.J., pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) for an Order dismissing Plaintiff's Complaint as to State Defendants, *with prejudice*.

State Defendants shall rely on the within Brief being filed with this Notice of Motion, in support of this motion.

It is respectfully requested that the Court rule upon the moving papers submitted, without requiring appearance of counsel, pursuant to Fed. R. Civ. P. 78. A proposed form of Order is attached hereto.

    Respectfully submitted,

    GURBIR S. GREWAL
    ATTORNEY GENERAL OF NEW JERSEY

By: /s/ Ashley L. Costello
    Ashley L. Costello (107192015)
    Deputy Attorney General

DATED: November 29, 2019