

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

## State of New Jersey
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO BOX 116
TRENTON, NJ 08625-0116

GURBIR S. GREWAL
*Attorney General*

MICHELLE L. MILLER
*Director*

November 29, 2019

**Via CM/ECF eFile**
United States District Court
District of New Jersey – Trenton Vicinage
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

    Re: <u>Stephanie J. Messner v. Karyn R. Weingarten, et al.</u>
        Civil Action No. 3:19-cv-15752
        DOL No. 19-02019
        **Motion to Dismiss Plaintiff's Complaint With Prejudice Pursuant to <u>Fed. R. Civ. P.</u> 12(b)(1) and 12(b)(6) on Behalf of State Defendants, Returnable January 6, 2020**

Dear Sir/Madam:

    This office represents Defendants Hon. Douglas M. Fasciale, J.A.D., Hon Hany A. Mawla, J.A.D., Hon. Lisa Rose, J.A.D., Hon. Kimaire Rahill, P.J.Fam., Hon. Kevin M. Shanahan, P.J.Cr., Hon. Bradford Bury, J.S.C., Hon. Kathy Qasim, J.S.C., Hon. Michael J. Rogers, J.S.C., Cederic Howard, Nicole Barracano, and Acting Assistant Prosecutor Karyn R. Weingarten, ("State Defendants"), in the above-captioned matter.

    Enclosed for filing please find a Motion to Dismiss Plaintiff's Complaint with prejudice pursuant to <u>Fed. R. Civ. P.</u> 12(b)(1), with a supporting Brief and Certification of Service on behalf of State Defendants, **returnable January 6, 2020.** A proposed form of Order is also attached. There is no filing fee as the within Motion is filed on behalf of the State of New Jersey.

    If the court has any questions or concerns, I can be reached at 609-376-2743.

November 29, 2019
Page 2

Thank you for your courtesies.

Respectfully submitted,

GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY

By: /s/ Ashley L. Costello
Ashley L. Costello (107192015)
Deputy Attorney General

AC
Enc.
cc: Stephanie J. Messner, *Pro se* Plaintiff – Via Certified Mail, R.R.R. & Regular Mail