GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY
R. J. Hughes Justice Complex
P.O. Box 116
Trenton, New Jersey 08625
Attorney for Defendants,
 Hon. Hany A. Mawla, J.A.D., Hon. Lisa
 Rose, J.A.D., Hon. Douglas M. Fasciale, J.A.D.,
  Hon. Kimaire Rahill, P.J.Fam., Hon. Kevin M.
  Shanahan, P.J.Cr., Hon. Bradford Bury, J.S.C.,
  Hon. Kathy Qasim, J.S.C., Hon. Michael J.
  Rogers, J.S.C., Cederic Howard, Nicole Barracano,
  and Acting A.P. Karyn R. Weingarten

By:  Ashley L. Costello
     Deputy Attorney General
     Attorney ID: 107192015
     (609) 376-2743
     Ashley.Costello@law.njoag.gov
     DOL No. 19-02019

| STEPHANIE J. MESSNER,<br><br>Plaintiff,<br><br>v.<br><br>KARYN R. WEINGARTEN, *in her official capacity of Union County Assistant Union County Prosecutor*, et al.,<br><br>Defendants. | **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY VICINAGE OF TRENTON**<br><br>Hon. Freda L. Wolfson, U.S.D.J.<br><br>Hon. Lois H. Goodman, U.S.M.J.<br><br>CIVIL ACTION NO. 3:19-cv-15752<br><br>**CERTIFICATION OF SERVICE**<br><br>**(ELECTRONICALLY FILED)** |
|---|---|

I hereby certify that the within Notice of Motion, supporting Brief, Certification of Service, and proposed form of Order on behalf of Defendants Hon. Douglas M. Fasciale, J.A.D., Hon Hany A. Mawla, J.A.D., Hon. Lisa Rose, J.A.D., Hon. Kimaire Rahill, P.J.Fam., Hon. Kevin M. Shanahan, P.J.Cr., Hon. Bradford Bury,

-1-

J.S.C., Hon. Kathy Qasim, J.S.C., Hon. Michael J. Rogers, J.S.C., Cederic Howard, Nicole Barracano, and Acting Assistant Prosecutor Karyn R. Weingarten, ("State Defendants"), were electronically filed with the Clerk of the United States District Court via CM/ECF on November 29, 2019.

I further certify that I caused copies of the within Notice of Motion and supporting documents, electronically filed with the Clerk of the United States District Court on behalf of State Defendants on November 29, 2019, to be sent via Certified Mail, R.R.R. and Regular Mail to the following *Pro se* Plaintiff and Non-ECF filer:

> Stephanie J. Messner
> 447 4th Avenue
> Garwood, NJ 07027
> ***Pro se* Plaintiff**

/s/ Ashley L. Costello
Ashley L. Costello (107192015)
Deputy Attorney General

DATED: November 29, 2019