GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY
R. J. Hughes Justice Complex
P.O. Box 116
Trenton, New Jersey 08625
Attorney for Defendants,
  Hon. Hany A. Mawla, J.A.D., Hon. Lisa
  Rose, J.A.D., Hon. Douglas M. Fasciale, J.A.D.,
   Hon. Kimaire Rahill, P.J.Fam., Hon. Kevin M.
   Shanahan, P.J.Cr., Hon. Bradford Bury, J.S.C.,
  Hon. Kathy Qasim, J.S.C., Hon. Michael J.
  Rogers, J.S.C., Cederic Howard, Nicole Barracano,
  and A.P. Karyn R. Weingarten

By:   Ashley L. Costello
      Deputy Attorney General
      Attorney ID: 107192015
      (609) 376-2743
      Ashley.Costello@law.njoag.gov
      DOL No. 19-02019

| | | |
|---|---|---|
| STEPHANIE J. MESSNER,<br><br>          Plaintiff,<br><br>v.<br><br>KARYN R. WEINGARTEN, *in her official capacity of Union County Assistant Union County Prosecutor*, et al.,<br><br>          Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF<br>NEW JERSEY<br>VICINAGE OF TRENTON**<br><br>Hon. Freda L. Wolfson, U.S.D.J.<br><br>Hon. Lois H. Goodman, U.S.M.J.<br><br>CIVIL ACTION NO. 3:19-cv-15752<br><br>**ORDER**<br><br>**(ELECTRONICALLY FILED)** |

This matter having come before the Court on the Motion of
GURBIR S. GREWAL, Attorney General of New Jersey, by Ashley L.
Costello, Deputy Attorney General, appearing on behalf of
Defendants Hon. Douglas M. Fasciale, J.A.D., Hon Hany A. Mawla,
J.A.D., Hon. Lisa Rose, J.A.D., Hon. Kimaire Rahill, P.J.Fam.,
Hon. Kevin M. Shanahan, P.J.Cr., Hon. Bradford Bury, J.S.C., Hon.

Kathy Qasim, J.S.C., Hon. Michael J. Rogers, J.S.C., Cederic Howard, Nicole Barracano, and Acting Assistant Prosecutor Karyn R. Weingarten, ("State Defendants"), for an order dismissing Plaintiff's Complaint with prejudice pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6); and the Court having considered the papers submitted herein; and this matter being decided under Fed. R. Civ. P. 78; and for good cause shown;

IT IS on this _____ day of _____, 2020;

ORDERED that State Defendants' Motion to Dismiss Plaintiff's Complaint with prejudice pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) is hereby **GRANTED**; and it is further

ORDERED that Plaintiff's Complaint is hereby **DISMISSED WITH PREJUDICE** as to Defendants Hon. Douglas M. Fasciale, J.A.D., Hon Hany A. Mawla, J.A.D., Hon. Lisa Rose, J.A.D., Hon. Kimaire Rahill, P.J.Fam., Hon. Kevin M. Shanahan, P.J.Cr., Hon. Bradford Bury, J.S.C., Hon. Kathy Qasim, J.S.C., Hon. Michael J. Rogers, J.S.C., Cederic Howard, Nicole Barracano, and A.P. Karyn R. Weingarten; and it is further

ORDERED that a copy of this Order shall be served upon all parties within seven (7) days of receipt by counsel for movants.

_____
HON. FREDA L. WOLFSON, U.S.D.J.

_____     _____
Opposed          Unopposed

-2-