UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CHAMBERS OF
LOIS H. GOODMAN
UNITED STATES MAGISTRATE JUDGE

CLARKSON S. FISHER U.S. COURTHOUSE
402 EAST STATE STREET
ROOM 7050
TRENTON, NJ 08608
609-989-2114

January 28, 2022

## LETTER ORDER

Re:   MESSNER v. WEINGARTEN,
      Civil Action No. 19-15752 (FLW) (LHG)

Dear Counsel and *Pro Se* Plaintiff:

At the November 17, 2021 telephone conference with the undersigned, Defendant represented that she does not oppose Plaintiff's Motion to Amend ("Motion"). [Docket Entry No. 24]. As a result, the Motion is hereby GRANTED.

The Clerk's Office is hereby directed to file the Amended Complaint, which is located at [Docket Entry No. 24-2], on the docket and issue the summonses.

**IT IS SO ORDERED.**

LOIS H. GOODMAN
United States Magistrate Judge