STEPHANIE MESSNER, PRO SE
447 4TH AVENUE
GARWOOD, NJ 07027

**U.S. DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STEPHANIE MESSNER<br><br>    Plaintiff,<br>v.<br><br>KARYN R. WEINGARTEN, IN HER OFFICIAL CAPACITY OF UNION COUNTY ASSISTANT PROSECUTOR, ET AL<br><br>    Defendants. | Civil Action No:<br>3:19-cv-15752<br><br>**ORDER**<br>TO RESTRAIN SOMERSET COUNTY OFFICIALS FROM INCARCERATION, ARREST AND HARASSMENT<br><br>CHANGE OF VENUE |

5/4/2023

It is on this day_____, 2023 It is ORDERED that…

1.) Somerset County officials including Somerset County Probation Department and Court Officials including Judges are directed to cease and desist measures to arrest, incarcerate, harass or any actions perceived as ongoing harassment and/or retaliation by the Plaintiff in this matter is GRANTED.

2.) A change of venue from Somerset County Superior Court and Probation Department needs to be GRANTED on the basis of RULE 4:3-3 - Change of Venue in the Superior Court
(a) By Whom Ordered; Grounds. In actions in the Superior Court a change of venue may be ordered by the Assignment Judge or the designee of the Assignment Judge of the county in which venue is laid or by a judge of such county sitting in the Chancery Division, General Equity, or the presiding judge of the Family Part, or the designee of the Assignment Judge for the Special Civil Part, (1) if the venue is not laid in accordance with R. 4:3-2; or **(2) if there is a substantial doubt**

that a fair and impartial trial can be had in the county where venue is laid; or (3) for the convenience of parties and witnesses in the interest of justice;

---

                                                                                          J.S.C