Stephanie Messner
447 4th Ave
Garwood, NJ. 07027
908-456-5531

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2023 JUN -5  P 1: 54

|  |  |
|---|---|
| MESSNER | United States District Court |
|  | District of New Jersey |
| Plaintiff |  |
| v. | **Serving of Subpoenas** |
| Weingarten et. al. | **Warden, Deputy Warden** |
|  | **Probation Depart. of Somerset County** |
| Defendant |  |
|  | Civil Action No: |
|  | 3:19-cv-15752 |

June 5, 2023

Dear Honorable Shipp and/or Clerk,

    Attached are the third party receipts of the issuing of the Subpoenas. Again I ask respectfully to direct the probation department to produce all communications that have resulted in my false imprisonment and incarceration on May 1, 2023. Judge Bradford Bury who spearheaded this assault on me in an order he issued on 4/25/2023, did so in retaliation for me filing in this court on 4/19/2023. It is important to note that both Judge Bradford Bury who ordered my incarceration and Judge Kevin Shanahan are direct defendants in this case and are instantaneously notified when there is activity in this matter and I have endured retaliating behavior against me for exercising my civil rights, in an attempt to oppress me and silence my voice.

    Judge Bradford Bury enmeshed himself into the litigation in both cases and has threatened me and done harm to me and my children using my family court case as a weapon of punishment to defraud me of money and cause me financial harm and in retaliation for bringing attention to this case in the United States District Court, ordering me to pay for parental coordinator of his choice that I can not afford and

1

parochial school tuition that I did not know about or consent to nor could I afford, increases to my child support without a hearing or input from me and refuses to hold "ability to pay" hearings on my behalf.

The assault on me and deprivation of my civil rights has been systematically escalated from psychological and financial abuse to false imprisonment/incarceration for responding to Your Honor on 4/29/2023. Attached is a table of contents and documentation of the illegal changing of mine and my attorney's addresses from within the Court to cause Superior Court related mail, notices, and orders to be sent to fictitious addresses to cause harm to me, defraud me of money which resulted in me having to file for bankruptcy. I have tried to address these issues with then Presiding Judge Kimarie Rahill with no response. I have enclosed additional actions he has taken against me by on 2/5/2019 instead of hearing my application for downward modification for child support on one emancipated adult child, he overturned another Judge's Order 1/29/2019 granting me the opportunity to get a second opinion of an orthopedic surgeon and a current MRI for my minor child but he instead overturned Judge Ballard's order and ordered a general surgery for my child by a podiatrist depriving of my right to have joint major decision making as per court orders.

He is aware that I have been unemployed and yet refused to hold any hearings for "ability to pay" for me while he keeps increasing my child support and taking the parochial school tuition he ordered and imputing it to me as child support arrears and then punishing me for being in "arrears." Somebody with access to my information at the court/probation department is working with Judge Bury to cause me harm and I need the subpoenaed information I requested. Please order the counsel for Vicinage 13 to direct her clients to comply with the subpoena. Thank you in advance.

Respectfully and Sincerely Yours,

*Stephanie Messner*

Stephanie Messner

2